NOTE:  This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

January 4, 2022

**ERRATA**

Appeal No. 21-1070

**NOVARTIS PHARMACEUTICALS CORPORATION,**
*Plaintiff-Appellee*

**v.**

**ACCORD HEALTHCARE, INC., AUROBINDO PHARMA LTD., AUROBINDO PHARMA USA, INC., DR. REDDY'S LABORATORIES, INC., DR. REDDY'S LABORATORIES, LTD., EMCURE PHARMACEUTICALS LTD., HERITAGE PHARMACEUTICALS INC., GLENMARK PHARMACEUTICALS INC., USA, GLENMARK PHARMACEUTICALS LIMITED, HETERO USA, INC., HETERO LABS LIMITED UNIT-V, HETERO LABS LIMITED, MYLAN PHARMACEUTICALS, INC., PRINSTON PHARMACEUTICAL INC., STRIDES GLOBAL PHARMA PRIVATE LIMITED, STRIDES PHARMA, INC., TORRENT PHARMA INC., TORRENT PHARMACEUTICALS LTD., ZYDUS PHARMACEUTICALS (USA) INC., CADILA HEALTHCARE LTD., APOTEX INC., APOTEX CORP., SUN PHARMACEUTICAL INDUSTRIES, LTD., SUN PHARMACEUTICAL INDUSTRIES INC.,**

**SUN PHARMA GLOBAL FZE,**
*Defendants*

**HEC PHARM CO., LTD., HEC PHARM USA INC.,**
*Defendants-Appellants*

Decided:  January 3, 2022
Precedential opinion

_____

Please make the following change:

Page 2, line 7 (majority opinion): the issuance date of "January 3, 2021" is changed to "January 3, 2022".